IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01706-PAB-MJW

MEDTRONIC NAVIGATION, INC., a Delaware corporation,

Plaintiff,

v.

SAINT LOUIS UNIVERSITY, a Missouri benevolent corporation,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (docket no. 30) is GRANTED finding good cause shown.  The written Protective Order (docket no. 30-1) is APPROVED as amended in paragraph 11 and made an Order of Court.

Date: September 25, 2012