IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01706-PAB-MJW

MEDTRONIC NAVIGATION, INC., a Delaware corporation,

Plaintiff,

v.

SAINT LOUIS UNIVERSITY, a Missouri benevolent corporation,

Defendant.

___

MINUTE ORDER
___

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Modify Scheduling Order to Incorporate Stipulation for Discovery of Hard Copy and Electronically Stored Information (docket no. 40) is GRANTED finding good cause shown.  The written Stipulation for Discovery of Hard Copy and Electronically Stored Information (docket no. 40-1) is APPROVED and made an Order of Court.

Date: February 25, 2013