IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01706-PAB-MJW
         (Consolidated with Civil Action No. 12-cv-02445-PAB-MJW)

Civil Action No. 12-cv-01706-PAB-MJW

MEDTRONIC NAVIGATION, INC., a Delaware corporation,

   Plaintiff,

v.

SAINT LOUIS UNIVERSITY, a Missouri benevolent corporation,

   Defendant.

Civil Action No. 12-cv-02445-PAB-MJW

SAINT LOUIS UNIVERSITY, a Missouri benevolent corporation,

   Plaintiff,

v.

MEDTRONIC NAVIGATION, INC., a Delaware Corporation, and
MEDTRONIC SOFAMOR DANEK, INC., an Indiana Corporation,

   Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

   It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (Docket No. 52) is granted, finding good cause shown.  The Amended Scheduling Order (Docket No. 48) is thus amended as follows.  The deadline for serving interrogatories and document requests is now October 18, 2013.  The deadline for fact discovery is now November 22, 2013.  The deadline for burden of proof expert reports is now December 13, 2013.  The rebuttal expert report deadline is now January 17, 2014.  The deadline for expert discovery is now March 14, 2014.  The dispositive motion deadline is now March 28, 2014.  The Final Pretrial Conference set on April 14, 2014, at 9:00 a.m. is VACATED and RESET on May 20, 2014, at 9:30 a.m.  The parties shall submit their proposed Final Pretrial Order on or before May 13, 2014.  The trial ready date of June 11, 2014, remains unchanged.

Date: September 9, 2013